UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA and DUBLIN DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.

2020 FEB 10 PM 3: 33

CLERK _____
SO. DIST. OF GA.



IN RE:

LEAVE OF ABSENCE REQUEST
TARA M. LYONS
July 27, 2020 through July 31, 2020

) Case Nos.:
)
)
)
)
)
)
)
)
)

CR318-010, A. Johnson
CR319-006, J. Glenn, et. al.
CR319-011, T. Turner
CR319-014, D. Annabel

CR119-156, B. Stills
CR119-139, J. Young

## ORDER

Upon consideration of the Motion for Leave of Absence filed by the United States of America in the above-cited cases on behalf of Assistant United States Attorney Tara M. Lyons for the dates of July 27, 2020 through July 31, 2020 to travel out of the country for a vacation; same is hereby GRANTED.

This 10th day of February, 2020.

_____
HONORABLE DUDLEY H. BOWEN, JR., JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA